UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA PINCHBECK,<br><br>                Plaintiff,<br><br>    -against-<br><br>NELSON, WATSON & ASSOCIATES, LLC,<br><br>                Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 7:10-cv-02200-CS |

      PAMELA PINCHBECK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NELSON, WATSON & ASSOCIATES, LLC, (Defendant), in this case.

                                            RESPECTFULLY SUBMITTED,

                                            By:    /s/ Adam T. Hill
                                            Adam T. Hill
                                            Krohn & Moss, Ltd.
                                            120 W. Madison St., 10th Fl.
                                            Chicago, IL 60602
                                            Tel.: 312-578-9428 x242
                                            Fax: 866-870-0941
                                            ahill@consumerlawcenter.com
                                            Attorney for Plaintiff